ORIGINAL

FILED-USDC-NDTX-DA
'26 SEP 16 PM3:24

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MANUEL DE JESUS DIAZ ZUATE

NO. 3-26CR-595 X

**INDICTMENT**

The Grand Jury charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)]

Beginning in and around August 2026, the exact date being unknown to the Grand Jury, and continuing through on or about August 19, 2026, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Manuel De Jesus Diaz Zuate**, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit the certain offenses against the United States, to wit: to possess with intent to distribute and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

In violation of 21 U.S.C. § 846.

Count Two
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

On or about August 19, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Manuel De Jesus Diaz Zuate**, did knowingly and intentionally possess with the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count Three
Possession of a Firearm in Furtherance of Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about August 19, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Manuel De Jesus Diaz Zuate**, did knowingly and intentionally possess a firearm, to wit: a FN FNS-9 9mm handgun, bearing serial number GKU0126668, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely conspiracy to possess with the intent to distribute cocaine, as charged in Count One.

In violation of 18 U.S.C. § 924(c)(1)(A) and (c)(1)(A)(i).

Count Four
Assault on a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114)

On or about August 19, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Manuel De Jesus Diaz Zuate**, did knowingly and intentionally, and by means and use of a deadly and dangerous weapon, to wit: a motor vehicle, forcibly assault, resist, oppose, impede, intimidate, and interfere with A.R., a person then employed as a Special Agent with the Drug Enforcement Administration, an agency of the United States Government, while A.R. was engaged in the performance of his official duties.

In violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114.

Forfeiture Notice
(21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One and/or Count Two of this Indictment, and pursuant to 21 U.S.C. § 853(a), the defendant, **Manuel De Jesus Diaz Zuate**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the respective offense, and any of the defendant's property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense, including but not limited to the following:

1. a FN FNS-9 9mm handgun, bearing serial number GKU0126668;
2. any ammunition, magazines, and accessories recovered with the above-referenced firearms.

Further, upon conviction for the offense alleged in Count Three of this indictment and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the defendant, **Manuel De Jesus Diaz Zuate**, shall forfeit to the United States of America any firearm or ammunition involved, used or intended to be used to commit, or to facilitate the commission of, the respective offense, including by not limited to the following:

1. a FN FNS-9 9mm handgun, bearing serial number GKU0126668;
2. any ammunition, magazines, and accessories recovered with the above-referenced firearms.

A TRUE BILL

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

COLLEEN BLOSS
Assistant United States Attorney
Texas Bar No. 24082160
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: Colleen.Bloss@usdoj.gov

**Defendant in Federal Custody since 8/21/2026**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:26-MJ-01102-BT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MANUEL DE JESUS DIAZ ZUATE

# INDICTMENT

21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
Possession with Intent to Distribute a Controlled Substance
(Count 2)

18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Count 3)

18 U.S.C. §§ 111(a)(1) and (b), and 1114
Assault on a Federal Office
(Count 4)

21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Notice

4 Counts

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 16th day of September, 2026.